# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 9, 2025

## NO. 03-25-00180-CV

**Brian Robert Cunningham, Appellant**

**v.**

**Brent Cunningham, Appellee**

### APPEAL FROM THE COUNTY COURT OF CALDWELL COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the final judgment signed by the trial court on February 18, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.